PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Carl David Stobbs**                                    Case Number: **1:01CR00052**

Name of Sentencing Judicial Officer:     **The Honorable Sandra S. Beckwith**
                                         **Chief United States District Judge**

Date of Original Sentence: **March 14, 2002**

Original Offense: **Bank Fraud, in violation of Title 18 U.S.C., Section 1344, a Class B Felony. Penalty: Up to 30 years imprisonment, a $1,000,000.00 fine, a period of Supervised Release up to Five years, and a Special Assessment of $100.**

Original Sentence:  **37 month(s) imprisonment, followed by 60 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**                  Date Supervision Commenced: **April 8, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Special Condition: The Defendant shall make restitution in the total amount of $200,042.45 to the following victims: Firstar Bank ($117,351.06); Fifth Third Bank ($51,451.00); American Trading Company ($25,500.00); and First National Bank of Southwest Ohio ($5,740.39).** |

Mr. Stobbs has been unemployed for more than one year. During this time, he has been in the process of being evaluated by the Social Security Administration to see if he is eligible for disability benefits. This has been a very long process, in that he was initially denied, and later secured the services of an attorney and re-filed for reconsideration. Currently, the offender is undergoing medical examinations, evaluation, and potential surgery, to determine if he will have the ability to return to any type of employment, inclusive of light duty.

Regarding his financial obligations, currently he is severely in default with his restitution payments. He has an outstanding balance of $198,847.45. At this time, he is unable to make any substantial payments toward same. He recently signed a consent agreement, which has been filed with the Financial Litigation Unit. He agreed, upon a favorable determination of social security disability payments, to pay a minimum monthly installment of $100.00 per month. He also stated that he is agreeable to paying a partial lump sum payment as well. The offender has indicated that his attorney is confident he will be eligible for either disability payments or perhaps full social security benefits.

In the meantime, the offender has been instructed to at least make minimal payments of no less than $10.00 per month, in light of the fact that he is receiving food stamp benefits of $500.00 per month, and his girlfriend has monthly income of $1,900.00 per month. There are five people in his household.

| | |
|---|---|
| #2 | **Condition # 1: The Defendant shall not commit another federal, state, or local crime.** |
| | The offender obtained charges of Reckless Driving and Driving under Suspension, Case Number 7TRD00596, and Petty Theft; Under $300, Case Number 701969A. These offenses occurred in late 2007 (September and December 2007). The offender was fined on each count, and also received 6 points assessed to his driver's record. |
| #3 | **Condition #12: The Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.** |
| | The offender failed to notify the probation officer within 72 hours of his arrest, and conviction as required by his conditions of release. |

U.S. Probation Officer Action: **At this time, this writer is requesting no action. The offender has been reprimanded with regards to the charges and his failure to notify this writer.**

**Additionally, this writer will continue to monitor his status with regards to social security benefits. Should he receive a favorable decision and obtain a lump sum payment, he has been instructed to make pay a partial lump sum payment, followed by monthly installments toward his outstanding restitution obligation.**

Respectfully submitted,                           Approved,

by  *[signature]* /by                             *[signature]*

Michelle Merrett                                  John Cole
U. S. Probation Officer                           Supervising U. S. Probation Officer
Date:    **June 10, 2008**                        Date:    **June 10, 2008**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

6/17/08
Date